LCW

**FILED**
**MARCH 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1458**

In the Matter of　　　　　　　　　　　　　　　　Case Number:

Eugene Miller
v.
Officer John S. Voss, #17664, Officer E.A. Lewis, #11773, and
the City of Chicago, a Municipal Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eugene Miller

**JUDGE KENDALL**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) <br> Teniece Harris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Teniece Harris | |
| FIRM <br> The Law Office of Standish E. Willis, Ltd | |
| STREET ADDRESS <br> 407 South Dearborn Street, Suite 1395 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275057 | TELEPHONE NUMBER <br> (312) 554-0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓　　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✓　　APPOINTED COUNSEL ☐ | |