U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 08 C 1458
MILLER
v.
CITY OF CHICAGO, et al


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO
OFFICER VOSS
OFFICER LEWIS


| | |
|---|---|
| NAME (Type or print) <br> SANJAY PATEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ SANJAY PATEL | |
| FIRM <br> CITY OF CHICAGO | |
| STREET ADDRESS <br> 30 N. LASALLE, #1400 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272840 | TELEPHONE NUMBER <br> 312-742-3902 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |