UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| Plaintiff, | ) | Case No. 08 C 1458 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER JOHN VOSS, #17664 | ) | Magistrate Judge Ashman |
| OFFICER E.A. LEWIS, #11773, | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Teniece Harris
      407 S. Dearborn, suite 1395
      Chicago, IL 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge KENDALL, or before such other Judge sitting in her place or stead, on **5-13-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2319** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 1 MAY 08, in accordance with the rules on electronic filing of documents

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840