**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Eugene Miller
                                   Plaintiff,

v.                                                       Case No.: 1:08–cv–01458
                                                           Honorable Virginia M. Kendall

John S. Voss, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Virginia M. Kendall: Defendant's Motion for Extension of Time [9] is granted. Defendant may have until 6/6/2008 to answer or otherwise plead to the Complaint. The 5/13/08 presentment date for said motion is stricken; no appearance is required. The 6/4/08 Initial Status hearing is stricken and reset for 6/11/2008 at 09:00 AM. Joint Status Report due 6/6/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.