UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
|     Plaintiff, | ) | Case No. 08 C 1458 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER JOHN VOSS, #17664 | ) | Magistrate Judge Ashman |
| OFFICER E.A. LEWIS, #11773, | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | |
| | ) | Jury Demand |
|     Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Teniece Harris
         407 S. Dearborn, suite 1395
         Chicago, IL 60605

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
    I hereby certify that I have served this notice and attached document by causing it to be electronically sent by the Court's efile notification system to all attorneys of record on this 29TH day of MAY, 2008.

                                                                                    Respectfully submitted,
                                                                                   /s/ **SanjayPatel**
                                                                                  SANJAY H. PATEL
                                                                                  Assistant Corporation Counsel
                                                                                  30 N. LA SALLE ST., SUITE 1400
                                                                                  CHICAGO, ILLINOIS  60602
                                                                                 (312) 742-3902
                                                                                 ATTORNEY NO. 06272840