IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| | ) | No: 08 C 1458 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER JOHN S. VOSS, #17664, | ) | |
| OFFICER E.A. LEWIS, #11773 | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

1. The attorneys of record for each party including the attorney(s) expected try the case.

    **Plaintiff's Attorney:**    Standish E. Willis, Teniece Harris
                                         The Law Office of Standish E. Willis, Ltd.
                                         407 S. Dearborn, Ste. 1395
                                         Chicago, IL 60605

    **Defendants' Attorney:**    Sanjay Patel
                                         Assistant Corporation Counsel
                                         30 N. LaSalle, Ste.1400
                                         Chicago, IL 60602

2. Bases for Jurisdiction

    **The Plaintiff has asserted the following claims: False Arrest under 42 U.S.C. Section 1983 and Malicious Prosecution under the Due Process Clause.**

3. Nature of the claims asserted in complaint and any expected counterclaims:

    **The Plaintiff asserts that on May 17, 2006, he was arrested without probable cause by two Chicago police officers. No counter claims have**

**been asserted.**

4. The name of any party not yet served and the circumstances regarding non-service:

   **None.**

5. The principal legal issues:

   **Whether Defendant had probable cause to arrest Plaintiff?**

6. The principal factual issues:

   **Whether the Defendant officers had a legal basis to stop Plaintiff.**

7. Whether a jury trial is expected by either party:

   **Yes.**

8. A short description of any discovery undertaken to date and any anticipated in the future:

   **No discovery has been exchanged. The parties anticipated written and oral discovery in the form of interrogatories, request to produce and depositions.**

9. The earliest date the parties will be ready for trial and the length of trial:

   **February 2009, 2 day trial.**

10. Whether the parties unanimously consent to proceed before the Magistrate Judge:

    **The parties do not consent to a Magistrate Judge for all proceedings**

11. The status of any settlement discussions and whether the parties request a settlement conference.

    **The parties have agreed to begin settlement discussions within the next 7 days.**

    Respectfully Submitted,

    s/Teniece Harris
    One of the Attorneys for the Plaintiff
    The Law Office of Standish E. Willis, Ltd
    407 S. Dearborn, Ste. 1395
    Chicago, IL 60605

s/Sanjay Patel
Assistant Corporation Counsel
Attorney for Individual Defendants
30 North LaSalle Street-Suite 1400
Chicago, IL 60602