IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| | ) | No: 08 C 1458 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| OFFICER JOHN S. VOSS, #17664, | ) | |
| OFFICER E.A. LEWIS, #11773 | ) | |
| AND THE CITY OF CHICAGO, | ) | |
| A MUNICIPAL CORPORATION | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Mr. Sanjay Patel
      Assistant Corporation Counsel
      30 North LaSalle Street, Suite 1400
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the 12th day of June, 2008, I filed with the Clerk of the United States District Court, 219 South Dearborn, Chicago, Illinois, the attachment document.


                                    s/Teniece Harris
                                    Attorney for Plaintiff


## CERTIFICATE OF SERVICE

   I, Teniece Harris, an attorney, do hereby certify that I caused to be served a copy of **JOINT STATUS REPORT** this 12th day of June, 2008, by mailing to the above named person.


                                    s/Teniece Harris